ACCEPTED
01-15-00134-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 8:28:54 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00134-CR

| | | |
|---|---|---|
| **JENNIFER LEANN WATSON** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE FIRST DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 8:28:54 PM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW Jennifer Leann Watson, Appellant, by and though her undersigned attorney of record, and files this Motion to Extend Time to File Appellant's brief herein, and as sufficient cause therefore shows the following facts within the personal knowledge of Appellant's attorney:

I.

Appellant was indicted for felony possession with intent to deliver a controlled substance. Appellant pled guilty and was placed on deferred adjudication community supervision for three years. The State subsequently filed a motion to adjudicate guilt alleging that Appellant violated the conditions of her community supervision. Appellant pled not true to the motion to adjudicate. After a hearing on the motion, the trial court found it true that Appellant had violated the conditions of her community supervision, found Appellant guilty and sentenced her to serve six years in prison. Appellant filed timely written notice of appeal.

1

II.

On November 9, 2015, Appellant's attorney received notice from this Honorable Court of Appeals that the time for filing Appellant's brief herein has expired, said brief having been due on or before October 29, 2015.

III.

Appellant's attorney hereby requests that the due date for Appellant's brief be extended by a period of 21 days until November 19, 2015. Appellant has received four prior extensions in this matter, and this is the final request for an extension as Appellant's brief is being filed contemporaneously with this motion.

IV.

The facts relied upon to reasonably explain the need for the requested extension are as follows:

Appellant's attorney is a solo practitioner who had a full schedule of court appearances on numerous pending felony cases since October 1, 2015. In addition, during this same period Appellant's attorney was involved in pre-trial preparations followed by a two day jury trial in one felony case, as well as in pre-trial preparations in six other pending felony trial cases. Further, Appellant's attorney was involved in reviewing records and researching points of error in four other pending direct appeals.

Given the foregoing facts, Appellant's attorney did not have adequate time available to properly review the appellate record, fully research potential points of error, and draft and file an appropriate appellate brief on Appellant's behalf by the current due date of October 29, 2015.

WHEREFORE, ALL PREMISES CONSIDERED, Appellant prays that this Honorable Court of Appeals will grant this motion and extend the time to file Appellant's brief for a period of 21 days to November 19, 2015.

Respectfully Submitted,

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas  77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

3

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing motion on the District Attorney of Harris County, Texas, by sending a copy to Mr. Alan Curry, Chief of the Appellate Division, Harris County District Attorney's Office, via electronic service to **curry_alan@dao.hctx.net** on November 19, 2015.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

**CERTIFICATE OF COMPLIANCE**

Pursuant to the provisions of Rule 9(i)(3) of the Texas Rules of Appellate Procedure I certify that this document contains **595** words.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)